UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, individually and as guardians and next of friend of SUSIE DOE<br><br>   Plaintiffs<br><br>vs.<br><br>CITY OF SPRINGFIELD, ROBERT GAYLE, and LUIS MARTINEZ<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)  3:25-CV-30092-KAR<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED TO MOTION TO SEAL EXHIBIT "1" – "3"
OF THE JOINT PETITION FOR APPROVAL OF SETTLEMENT**

  Pursuant to Local Rule 7.2, the Plaintiff in the above-captioned action hereby respectfully moves this honorable Court to seal Exhibits "1" through "3" of the Joint Petition for Approval of Minor Settlement. In support of this Motion, the Plaintiff states the following:

  Exhibits "1" through "3" publicly identify the minor Plaintiff, who is a survivor of sexual assault. Impoundment is therefore appropriate to protect the minor Plaintiff's privacy interest.

  Wherefore, Plaintiff respectfully requests that this Motion be granted, and that Exhibits "1" through "3" be sealed on the docket.

  Respectfully Submitted,

1

The Plaintiffs,

**JANE DOE**

By their Attorneys,

| | |
|---|---|
| ALEKMAN DITUSA, LLC | SNEIRSON LAW FIRM |
| | |
| */s/ Laura D. Mangini* | */s/ Alexander Sneirson* |
| Robert A. DiTusa, BBO #649218 | Alexander Sneirson, BBO #707744 |
| robert@alekmanditusa.com | alexander@sneirsonlawfirm.com |
| Laura D. Magini, BBO #684620 | 1414 Main Street, Suite 1345 |
| laura@alekmanditusa.com | Springfield, MA 01144 |
| 1550 Main Street, Suite 401 | T: (413) 750-8008 |
| Springfield, MA 01103 | |
| T: (413) 781-0000 | |

Dated: 12/18/25

## **LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has conferred and have attempted in good faith to resolve or narrow the issue prior to the filing of this motion and that that Defendant assents to Plaintiff's Motion to Seal Exhibits 1 – 3.

*/s/ Laura D. Mangini, Esq.*
Laura D. Mangini, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

**/s/ Laura D. Mangini, Esq.**
Laura D. Mangini, Esquire