UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, individually as guardian and next of friend of SUSIE DOE )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>CITY OF SPRINGFIELD, ROBERT )<br>GAYLE and LUIS MARTINEZ )<br>Defendants ) | 3:25-CV-30092-KAR |

## FINDINGS AND ORDER ON JOINT PETITION FOR APPROVAL OF SETTLEMENT INVOLVING A MINOR

This matter, having come before this Honorable Court on the parties' petition for approval for settlement pursuant to M.G.L. c. 231 § 140C½. After a hearing, this Honorable Court finds and orders as follows:

1. This is an action to recover damages, including physical and emotional injuries, allegedly sustained by minor Plaintiff, Susie Doe, as a result of sexual harassment and abuse she experienced while a student at STEM Middle School.

2. The parties have agreed to settle this claim for the total sum of $13,000,000.00 which constitutes a compromise of disputed claims. Of the total settlement, $1,300,000.00 will be attributed to the Loss of Consortium Claim

3. After reviewing the information provided by the parties in the Joint Petition for Approval of Settlement Involving a Minor and holding a hearing on same, this Court finds that the terms of this settlement are fair and reasonable.

4. Joint Petition for Approval of Settlement Involving a Minor is ALLOWED.

Date: Jan. 5, 2026

Katherine Robertson, J.,
U.S.M.J.

6